## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### Clerk's Office – Newark, NJ

Crayola Properties, Inc., et al.

                 Plaintiff,

v.                                            Case No.: 2:15−cv−00278−WHW−CLW

                                               Judge William H. Walls

Alex Toys LLC

                 Defendant.

**Dear Cheryl Lynn Burbach, Esq., Matthew B. Walters, Esq., Todd A. Gangel, Esq., Scott R. Brown, Esq., Casey P. Murray, Esq., Douglas M. Weens, Esq., Cristina Martinez, Esq., Erica D. Klein, Esq., Francesca B. Silverman, Esq. and Randy Lipsitz, Esq.:**

   Please be advised, our records show that you are not a member of the Federal Bar of New Jersey. Therefore, you are responsible for having a member of the Bar of this Court file an appearance in accordance with Local Civil Rule 101.1 on behalf of your client.

                                               Very truly yours,

                                               William T. Walsh, Clerk
                                               By Deputy Clerk, ak